IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | NO. 3:11-cr-00161-1 |
| ROGER RANDALL PINKELTON | ) | Chief Judge Haynes |
| | ) | |
| Defendant. | ) | |

### ORDER

For the reasons stated on the record in open court, the Court hereby Orders that a Status Conference be held in this matter Friday, September 27, 2013 at 2:00 PM.

It is so **ORDERED**.

ENTERED this the 27th day of August, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court