UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Case No. 3:11-cr-00161 |
| v. ) | JUDGE WILLIAM J. HAYNES, JR. |
| ) | |
| ROGER RANDALL PINKELTON ) | |

**MOTION OF THE UNITED STATES FOR**
**ISSUANCE OF A PRELIMINARY ORDER OF FORFEITURE**

[handwritten annotation: *DENIED. This motion to be renewed ?? GRANTED ?? 3-26-15*]

COMES NOW the United States of America, by and through David Rivera, United States Attorney for the Middle District of Tennessee, and Debra Phillips, Assistant United States Attorney, pursuant to Rule 32.2(b)(1) and (b)(2) of the Federal Rules of Criminal Procedure and moves for the issuance of a Preliminary Order of Forfeiture based upon the District Court's acceptance of the Defendant Roger Randall Pinkelton's plea of guilty as to Count One of the Indictment in the above-styled matter.

A memorandum of law and facts in support of this Motion is filed contemporaneously herewith. Additionally, a proposed Preliminary Order of Forfeiture is attached hereto for the court's convenience.

Respectfully submitted,

DAVID RIVERA
United States Attorney

By: /s Debra Teufel Phillips
DEBRA TEUFEL PHILLIPS
Assistant United States Attorney
110 Ninth Avenue, South, Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151
Email: deb.phillips@usdoj.gov