IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:11-cr-00161 |
| v. | ) | Senior Judge Haynes |
| | ) | |
| ROGER RANDALL PINKELTON | ) | |

## ORDER

Before the Court is the Government's motion to amend judgment (Docket Entry No. 73), seeking to amend the Sealed Statement of Reasons for the Judgment, pursuant to Fed. R. Crim. P. 36, to reflect a guideline imprisonment range of 63-78 months. To date, the Defendant has not filed any response in opposition.

Upon review of the record, the Government's motion (Docket Entry No. 73) is **GRANTED**. The Sealed Statement of Reasons for the Judgment in this action (Docket Entry No. 72) is **AMENDED** to reflect a guideline imprisonment range of 63-78 months.

It is so **ORDERED**.

ENTERED this the 7th day of August, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge